No. 00–5341. PETERSON v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00–5342. PRENDERGAST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5343. BRADSHAW v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5345. ROMERO-AVILA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5346. DONATO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5347. SWANSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–5348. ROBERTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5349. BRYANT v. MI-DALE ENTERPRISES ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 00–5350. NITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5351. PEARSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5352. PINET v. GUARINI ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5353. McLEOD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5355. JUNKINS v. RANDLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5356. LEWIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–5357. JONES v. SEAY ET AL. C. A. 6th Cir. Certiorari denied.